03-SC-25-00774

FILED

**PLAINTIFF'S ORIGINAL PETITION**

**IN THE JUSTICE COURT**
**COLLIN COUNTY, TEXAS**
**PRECINCT 3**

2025 DEC 22 PM 1:50

JUSTICE COURT
PRECINCT 3
COLLIN COUNTY, TEXAS

**JEREMY ROUGEAU,**

Plaintiff

(945) 308 4150

jrougeau@gmail.com

6824 Burr Oak Dr

Plano, TX 75023

v.

**Columbia Debt Recovery LLC dba Genesis**
Defendant

866.863.9194

Business Address:

PO Box 3630

Everett, WA 98213

Registered Agent and Primary Service Address:
Corporation Service Company d/b/a CSC–Lawyers Incorporating Service Company

211 E. 7th Street, Suite 620

Austin, TX 78701

**CAUSE NO. _____**

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Jeremy Rougeau ("Plaintiff") files this Original Petition complaining of Defendant Columbia Debt Recovery, LLC ("Defendant"), and respectfully shows the Court as follows:

## I. PARTIES

1. **Plaintiff** Jeremy Rougeau is an individual residing in Collin County, Texas.

2. **Defendant** Columbia Debt Recovery, LLC is a foreign limited liability company that conducted debt collection activities directed at Plaintiff, a Texas consumer. Defendant may be served through its registered agent:

**Corporation Service Company**
Registered Agent for Columbia Debt Recovery, LLC
211 E. 7th Street, Suite 620
Austin, Texas 78701

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction under Texas Rule of Civil Procedure 500.3 and Texas Government Code § 27.031 because this is a small claims case seeking monetary relief within the jurisdictional limits of this Court.

4. Venue is proper in Collin County, Texas because Plaintiff resides in this county and the unlawful conduct caused injury to Plaintiff in this county.

## III. FACTUAL BACKGROUND

5. Plaintiff is a "consumer" as defined by the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692a(3).

6. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6), and by the Texas Debt Collection Act.

7. Defendant attempted to collect an alleged consumer debt from Plaintiff and reported the alleged debt to one or more consumer reporting agencies.

8. Plaintiff timely disputed the alleged debt and requested validation in writing.

9.  Despite receiving Plaintiff's dispute and validation request, Defendant failed to provide proper validation of the alleged debt.

10. Instead, Defendant continued collection activity and continued or caused negative credit reporting regarding the alleged debt.

11. At the time Defendant engaged in these collection activities, Defendant's right to transact business in Texas was forfeited, and Defendant was not registered in good standing with the Texas Comptroller and Secretary of State.

12. Defendant's actions caused Plaintiff harm, including credit damage, stress, and the need to expend time and resources to address Defendant's unlawful conduct.

## IV. CAUSES OF ACTION

### A. Violations of the Fair Debt Collection Practices Act (FDCPA)

13. Defendant violated the FDCPA, including but not limited to:

- 15 U.S.C. § 1692g(b), by continuing collection activity and credit reporting after Plaintiff disputed the debt and requested validation; and

- 15 U.S.C. § 1692e, by using false, deceptive, or misleading representations in connection with the collection of a debt.

### B. Violations of the Texas Debt Collection Act

14. Defendant violated the Texas Debt Collection Act, including but not limited to Texas Finance Code §§ 392.202 and 392.304, by attempting to collect a disputed debt without proper investigation and by engaging in misleading or unfair collection practices.

## V. DAMAGES

15. As a result of Defendant's conduct, Plaintiff seeks monetary damages in an amount not to exceed $10,000, inclusive of:

- Statutory damages as allowed by law;

- Actual damages, including emotional distress and credit injury;

- Court costs; and

- Any other relief to which Plaintiff may be justly entitled.

Plaintiff seeks monetary relief only, within the jurisdictional limits of this Court.

## VI. REQUEST FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that Defendant be cited to appear and answer, and that upon final hearing Plaintiff recover:

1. Statutory damages;

2. Actual damages;

3. Court costs; and

4. All other relief, at law or in equity, to which Plaintiff may be entitled.

Respectfully submitted,

**Jeremy Rougeau**
Plaintiff, Pro Se
Collin County, Texas