**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| JEREMY ROUGEAU, <br><br>          Plaintiff, <br><br> v. <br><br> COLUMBIA DEBT RECOVERY, LLC, <br><br>          Defendant. | CAUSE NO. : 4:26-cv-0091 <br><br> CIVIL |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY DEADLINES

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Defendant COLUMBIA DEBT RECOVERY, LLC and Plaintiff JEREMY ROUGEAU ("Parties") have settled the matter. The Parties anticipate that they will complete the settlement and file a Stipulation to Dismiss within 30 days from the date of this Notice. The parties jointly ask that all deadlines be stayed for 30 days.

Dated:  March 16, 2026

*s/ Jeremy Rougeau*
Jeremy Rougeau
6824 Burr Oak Dr.
Plano, Texas 75023
*jrougeau@gmail.com*
*Pro Se Plaintiff*

Dated:  March 16, 2026

*s/ Keith Wier*
Keith Wier
Law Offices of Keith Wier, PLLC
15150 Preston Road, Suite 300
Dallas, Texas 75248
kwier@keithwierlaw.com
*Attorneys for Defendant*
*COLUMBIA DEBT RECOVERY, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, I electronically filed the foregoing NOTICE OF SETTLEMENT via the CM/ECF which will send a notification of the same to all parties/attorney's of record. Additionally, I have caused a copy of the foregoing to be sent to Plaintiff's Email Address that being: jrougeau@gmail.com.

*s/ Keith Wier*
Keith Wier

NOTICE OF SETTLEMENT