# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JEREMY ROUGEAU | § § | |
| v. | § § | CASE NO. 4:26-CV-91-JCB-KNM |
| COLUMBIA DEBT RECOVERY, LLC | § § § | |

## ORDER

Before the Court is the parties' Joint Notice of Settlement and Motion to Stay Deadlines (Doc. 11). The parties state that they have settled this matter and are working towards finalizing their settlement agreement. The parties ask the Court to stay all deadlines in the case for thirty (30) days. It is accordingly

**ORDERED** that the Joint Notice of Settlement and Motion to Stay Deadlines (Doc. 11) is **GRANTED**. It is further

**ORDERED** that the parties or their counsel shall submit to the Court all papers necessary for the closing of this case within **thirty (30) days** from the date of this Order. If the parties do not move for additional time or such papers are not received by the Court by the scheduled deadline, the Court may order dismissal without further notice. Within sixty days of a dismissal order, any party may petition to have the claims reinstated upon a showing of good cause as to why settlement was not in fact consummated. It is further

**ORDERED** that all pending case deadlines are **STAYED for thirty (30) days** from the date of this Order.

So ORDERED and SIGNED this 17th day of March, 2026.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE